999 A.2d 589

**Ryan WHEELER, Appellant**

v.

**Jeffrey A. BEARD, Secretary of Corrections; Barry Johnson, Secretary–Western Region; Gerald L. Rozum, Superintendent SCI–Somerset; Eric Frazier, Correctional Counselor–SCI–Somerset, Appellees.**

Supreme Court of Pennsylvania.

Aug. 17, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of August, 2010, the order of the Commonwealth Court is hereby **AFFIRMED.**

Jurisdiction relinquished.